UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 12-32100 |
|---|---|
| Mitchel S Genslinger | (Chapter 13) |
| Elizabeth A Genslinger | |
| Debtors | JUDGE LAWRENCE S. WALTER |

NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, JEFFREY M. KELLNER files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full. Further, all required post-petition amounts through and including August, 2017 have been paid in full.

**Name of Creditor:** BSI FINANCIAL SERVICES

| Court Clm # | Trustee Clm # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 6 | 1 | 7105 | $158,052.26 | $89,816.45 | $89,816.45 |
| 6 | 2 | 7105 | $0.00 | $30,736.19 | $30,736.19 |
| 6 | 66 | 7105 | $0.00 | Continuing | $18,592.64 |
| Total Amount Paid by Trustee | | | | | $139,145.28 |

Within 21 days of the service of the Notice of Final Cure Payment, the creditor **MUST** file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C.§1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Final Cure Payment was served **electronically** on the date of the filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **ordinary U.S. Mail** on August 29, 2017 addressed to:

Mitchel S Genslinger
Elizabeth A Genslinger
123 E. Market Street
Germantown, OH  45327

(1.3)
BSI FINANCIAL SERVICES INC
ATTN: PAYMENT PROCESSING DEPARTMENT
314 SOUTH FRANKLIN STREET
TITUSVILLE, PA  16354

(66.4)
JOEL K JENSEN
LERNER SAMPSON ROTHFUSS
120 E FOURTH ST  8TH FL
CINCINNATI, OH  45202

(1.4)
KERRI N BRUCKNER
LERNER SAMPSON & ROTHFUSS
PO BOX 5480
CINCINNATI, OH  45201-5480

/s/_JEFFREY M. KELLNER_____
Jeffrey M. Kellner 0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
chapter13@dayton13.com

489